IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JEANENE ABERNATHY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **4:05-cv-2256-UWC** |
| **MATRIXX INITIATIVES, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

# TRANSFER ORDER

For the convenience of the parties, and the witnesses, and in the interest of justice, this case is hereby TRANSFERRED to the United States District Court for the Northern District of Georgia.  *See* 28 U.S.C. § 1404(a).[1]

Defendants' Motion to Transfer Venue (Doc. 34) is granted.

Done the 31st day of May, 2006.

_____
U.W. Clemon
Chief United States District Judge

---

[1] The Northern District of Alabama has no connection with the claims in this case.